IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARRY J. NIXON                                                         PLAINTIFF

v.                            Case No. 11-2059

DANIEL SHUE, Prosecutor,
12th Judicial District and
PROFESSOR JIM CHRISTIANSEN,
University of Arkansas, Fort Smith                                    DEFENDANTS

### ORDER

Now on this 7th day of June 2011, there comes on for consideration the report and recommendation filed on May 17, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. 5). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 4) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Proceed IFP (doc. 2) is DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)